UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTONIO RIDINO,
       Plaintiff,

v.                                                   CIVIL ACTION NO.
                                                   10-10700-MBB

SOVEREIGN BANK,
       Defendant.

# FINAL JUDGMENT

## SEPTEMBER 21, 2011

**BOWLER, U.S.M.J.**

    It is hereby Ordered and Adjudged that this action be **DISMISSED** with prejudice and without costs.

                                                   /s/ Marianne B. Bowler
                                                   MARIANNE B. BOWLER
                                                   United States Magistrate Judge